**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICKY R RUBY**                                                                                                      **PLAINTIFF**

V.                                    **CASE NO. 4:10CV00138 JLH/BD**

**FURLOW, et al.**                                                                                                **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.      Procedure for Filing Objections**

The following Recommended Disposition has been sent to United States District Court Chief Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date you receive the Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

**II.     Background**

On February 25, 2010, Plaintiff brought this action pro se under 42 U.S.C. § 1983 (docket entry #2).  After referral from the District Court, this Court denied Plaintiff's incomplete motion for leave to proceed in forma pauperis (#5).

On March 18, 2010, the Court ordered Plaintiff to file a complete motion for leave to proceed in forma pauperis, or pay the $350.00 filing fee, within thirty days (#5). Plaintiff was reminded of the requirements of Local Rule 5.5(c)(2) and was warned that failure to comply with the Court's Order could result in dismissal of his case.  Plaintiff has failed to comply with the Court's Order or take any action in his case.  Accordingly, Plaintiff's Complaint should be dismissed without prejudice under Local Rule 5.5(c)(2).

**III.     Conclusion**

The Court recommends that the District Court dismiss the Complaint (#2) without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of March 18, 2010.

DATED this 23rd day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE