**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RICKY R RUBY                                                                                                PLAINTIFF

v.                                         CASE NO. 4:10CV00138 JLH/BD

FURLOW, *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint is dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Order of March 18, 2010.

IT IS SO ORDERED this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE